UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CRAIG LOUQUE, ET AL           *           CIVIL ACTION

VERSUS                        *           NO: 06-2881

STATE FARM FIRE AND CASUALTY  *           SECTION: "D"(3)
COMPANY

## **ORDER AND REASONS**

Before the court is the **"Motion to Quash Subpoena Duces Tecum [SDT] Issued to James R. Danner, Jr., P.E., and Motion in Limine to Exclude Designated Evidence and Witness testimony Identified Within Plaintiffs' SDT" (Doc. No. 29)** filed by Defendant, State Farm Fire and Casualty Company. Plaintiffs, Craig and Cindy Louque, filed a memorandum in opposition. The motion, set for hearing on Wednesday, May 9, 2007, is before the court on briefs, without oral argument.

Now, having considered the memoranda of counsel, the record, and the applicable law, the court finds that Plaintiffs' subpoena duces tecum issued to James R. Danner, P.E. (State Farm's engineer), requesting "all reports written for plaintiffs in slab claim houses in Louisiana and/or Mississippi" is overly broad and

to a large extent seeks irrelevant information. Accordingly, the court **GRANTS** State Farm's **"Motion to Quash Subpoena Duces Tecum [SDT] Issued to James R. Danner, Jr., P.E., and Motion in Limine to Exclude Designated Evidence and Witness testimony Identified Within Plaintiffs' SDT" (Doc. No. 29)**.

Further, the court **QUASHES** the subpoena duces tecum as it now reads and **LIMITS** the scope of the documents requested in the subject subpoena duces tecum to the following:

> **All reports written on behalf of homeowners in Venetian Isles Subdivision, New Orleans, Louisiana regarding Hurricane Katrina.**

Plaintiffs are not required to re-issue the subject subpoena duces tecum, but the scope of it is expressly limited to the above language.

New Orleans, Louisiana, this **4th** day of **May, 2007**.

_____
A.J. McNAMARA
UNITED STATES DISTRICT JUDGE